**DISMISS; and Opinion Filed August 2, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00511-CR
### No. 05-13-00512-CR

**ROBERT LEE MULLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-54412-R, F11-71584-R**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Lang-Miers

Robert Lee Mullins was convicted of two failure to register as a sex offender offenses.

Pursuant to a plea agreements, the trial court sentenced appellant to four years' imprisonment in

each case. In cause no. 05-13-00511-CR, the trial court also assessed a $2,000 fine. Appellant

waived his right to appeal in conjunction with the plea agreements. *See Blanco v. State*, 18

S.W.3d 218, 219–20 (Tex. Crim. App. 2000). Accordingly, we dismiss the appeals for want of

jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130511F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT LEE MULLINS, Appellant

No. 05-13-00511-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-54412-R.
Opinion delivered by Justice Lang-Miers,
Justices Moseley and Bridges participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 2nd day of August, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT LEE MULLINS, Appellant

No. 05-13-00512-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-71584-R.
Opinion delivered by Justice Lang-Miers.
Justices Moseley and Bridges participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 2nd day of August, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE